# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **J.D., individually and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | **Case No.: 4:22-cv-67** |
| v. | |
| **QRS, INC.; PSYCH CARE CONSULTANTS; and REIMBURSEMENT SOLUTIONS, INC.,** | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff J.D. and Defendant QRS, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice of all J.D.'s individual claims against QRS, Psych Care Consultants, and Reimbursement Solutions, Inc. with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Maureen M. Brady* | */s/ Mark A. Olthoff* |
| MCSHANE & BRADY, LLC | POLSINELLI PC |
| Maureen M. Brady | Mark A. Olthoff, #38572 |
| Lucy McShane | Catherine Green, #69441 |
| 1656 Washington St., Suite 120 | 900 W. 48th Place, Suite 900 |
| Kansas City, MO 64108 | Kansas City, MO 64112 |
| Telephone: (816) 888-8010 | Telephone: (816) 753-1000 |
| Facsimile: (816) 332-6295 | Fax: (816) 753-1536 |
| mbrady@mcshanebradylaw.com | molthoff@polsinelli.com |
| lmcshane@mcshanebradylaw.com | cgreen@polsinelli.com |
| **Counsel for Plaintiff** | **Counsel for QRS, Inc.** |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing attorneys of record.

                                    */s/ Mark A. Olthoff*
                                    Mark A. Olthoff