# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| J.D., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Case No. 4:22-cv-00067-DGK |
| vs. | )<br>) |
| QRS, INC.; PSYCH CARE CONSULTANTS; and REIMBURSEMENT SOLUTIONS, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal, ECF No. 5, this case is DISMISSED WITH PREJUDICE with each party to bear his, her, or its own costs.

**IT IS SO ORDERED.**

Date: May 2, 2022      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT